IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-046 |
| | ) | |
| STEVEN DUPREE; EUGENE SAPP; | ) | |
| WARDEN HILTON HALL; UNIT | ) | |
| MANAGER VERONICA STUWART; | ) | |
| LT. DENSON CHARLES; SGT. | ) | |
| TAMEKIA DENSON; LT. NEWTON; | ) | |
| WARDEN SCOTT CRICKMAR; | ) | |
| LT. BRADLEY; UNIT MANAGER | ) | |
| SHERMAN DAVID; FORMER WARDEN | ) | |
| PHILLIP HALL; NATHAN BROOKS; | ) | |
| RODNEY MCLOUD; FREDRICK | ) | |
| JOHNSON; DAWN CHAIR; | ) | |
| and ESTATE OF TELFAIR STATE | ) | |
| PRISON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this __15th__ day of July, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE